IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nicole Chandler; Sally Dell; Susan Hulbert; and Steven Kemper,<br><br>Plaintiffs,<br><br>v.<br><br>Tonto Basin Marketplace, L.L.C., an Arizona limited liability company; et al.,<br><br>Defendants. | No. CV-15-01223-PHX-NVW<br><br>**ORDER** |

Upon the parties' Stipulation of Dismissal (Doc. 17), and good cause appearing,

IT IS HEREBY ORDERED granting the stipulation (Doc. 17). This matter shall be and is dismissed with prejudice, each party to bear their own fees and costs.

IT IS FURTHER ORDERED vacating the Rule 16 Scheduling conference set for Friday, November 20, 2015.

Dated this 16th day of November, 2015.

Neil V. Wake
United States District Judge